# IN THE COURT OF APPEALS OF IOWA

No. 12-2293
Filed March 12, 2014


**RICHARD L. HARDEN,**
Plaintiff-Appellant,

**vs.**

**GARY N. PORTER and LORI
PORTER, Husband and Wife,
JACK E. BARRINGER and
EMOGENE L. BARRINGER,
Husband and Wife,**
Defendants-Appellees.
_____

**RICHARD L. HARDEN,**
Plaintiff-Appellant,

**vs.**

**VERLE W. NORRIS, GARY N.
PORTER, LORI PORTER, JACK E.
BARRINGER and EMOGENE L.
BARRINGER,**
Defendants-Appellees.
_____

Appeal from the Iowa District Court for Wayne County, Bradley McCall

and Richard B. Clogg, Judges.


Richard Harden appeals the district court's orders granting summary

judgment for the defendants. **AFFIRMED.**

Richard L. Harden, Lineville, appellant pro se.

David L. Brown and Alexander E. Wonio of Hansen, McClintock & Riley, Des Moines, for appellee Norris.

Verle W. Norris, Corydon, for appellees Porter and Barringer.

Considered by Vogel, P.J., and Tabor and McDonald, JJ.

**TABOR, J.**

Richard Harden appeals the district court's grant of summary judgment to the defendants in both his actions in equity and at law.  The court determined as a matter of law no binding oral contract for the sale of an acreage existed between Harden and land owner Gary Porter.

After a careful review of the record, the parties' briefs, the applicable law, and the district court's sound analysis, we conclude the summary judgment rulings should be affirmed without opinion pursuant to Iowa Rule of Appellate Procedure 6.1203 (a) and (d).

**AFFIRMED.**